## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LEONARD HOLLINGSWORTH,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>SILENT AIRE USA HEADQUARTERS,<br><br>　　　　　Garnishee. | NO.  2:22-mc-00063-RSL<br><br>　　　(2:11-CR-0183-2)<br><br>**Agreed Order Terminating Garnishment Proceeding** |

　　　This matter came before the Court on the United States' Agreed Motion to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(7) and (10)(A), with all funds already withheld pursuant to this garnishment paid to the Clerk of Court.

　　　IT IS ORDERED that the Garnishee, Silent Aire USA, shall pay to the Clerk of Court all funds withheld from Defendant/Judgment Debtor Leonard Hollingsworth pursuant to this garnishment.  Garnishee shall pay these funds

---

**ORDER TERMINATING GARNISHMENT PROCEEDING** (*USA v. Leonard Hollingsworth and Silent Aire USA Headquarters*, Case No. 2:22-mc-00063, 2:11-cr-00183-2*)*

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

with a check payable to "Clerk, U.S. District Court, W.D. Washington," with Case No. 2:11-CR-00183-2 on the memo line, and mailed to:

> Clerk, U.S. District Court
> Attn: Finance Clerk
> 700 Stewart Street, Lobby Level
> Seattle, WA 98101

IT IS FURTHER ORDERED that the writ of garnishment is terminated and that Garnishee shall not withhold funds from Defendant/Judgment Debtor's paycheck for any pay period that ends after the date of this order.

DATED this 11th day of October 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

Agreed to by:

_____
LEONARD HOLLINGSWORTH
Defendant/Judgment Debtor

ORDER TERMINATING GARNISHMENT PROCEEDING (*USA v. Leonard Hollingsworth and Silent Aire USA Headquarters*, Case No. 2:22-mc-00063, 2:11-cr-00183-2)

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970